IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| IN THE MATTER OF WARRANTS AND ORDERS FOR SEARCH WARRANTS AND TRACKING DEVICES IN AN INVESTIGATION |
|---|

# ORDER

Upon motion of the United States to unseal numerous warrants and orders authorizing the use of search warrants and the installation of tracking devices issued during the course of a long-term investigation, it is ORDERED that the following matters and the documents filed in those matters are hereby UNSEALED:

| Case Number |
|---|
| 20-mj-2319 |
| 20-mj-2330 |
| 20-mj-1036 |
| 20-mj-2356 |
| 20-mj-2358 |
| 20-mj-4091 |
| 20-mj-2373 |
| 20-mj-2393 |
| 20-mj-2447 |
| 20-mj-2506 |
| 20-mj-2507 |
| 20-mj-2508 |
| 20-mj-2509 |
| 20-mj-2510 |
| 20-mj-2511 |
| 20-mj-2512 |
| 20-mj-2513 |
| 20-mj-2514 |
| 20-mj-2515 |

| Case Number |
| --- |
| 20-mj-2516 |
| 20-mj-2517 |
| 20-mj-2518 |
| 20-mj-2519 |
| 20-mj-2520 |
| 20-mj-2523 |
| 20-mj-2524 |
| 20-mj-4141 |
| 20-mj-4144 |
| 20-mj-4146 |
| 20-mj-2564 |

7/22/2022
Date

Hon. Jeffery S. Frensley
United States Magistrate Judge
Middle District of Tennessee